# Docketing Statement for a Criminal Appeal

*This docketing statement must be filed by all appellants with the Clerk of the Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio TX 78205 upon perfecting appeal. See* TEX. R. APP. P. 32.2.

To be assigned by the Clerk of the Fourth Court of Appeals:

Appeal No. _____

Case Style Below _State of Texas_____

v.

_Ray L. Alexander IN PROPRIA PERSONA_____

Trial Court No. _240TH DISTRICT COURT_____ Court No. & County _OF BEXAR_____

## APPELLANT(S)

Name of appellant(s)* _Ray L. Alexander_____
Name of lead counsel ( if represented) _N/A_____
Law firm (if attorney) _N/A_____
Address _(CONFINED WITHIN) 200 N. COMAL SAN ANTONIO, TEXAS 78207_____
Phone ( · ) _N/A_____ Fax ( ) _N/A_____ SBN _____
E-mail address: _RLALEXANDER23@GMAIL.COM_____
Whether counsel is appointed or retained : _NO COUNSEL APPOINTED OR RETAINED FOR THIS CAUSE_

## NOTICE OF APPEAL

Date filed in the trial court _____ Date mailed to the trial court clerk, if applicable _30 JULY, 2015_

## TRIAL COURT

Trial: □ Jury ☒ Non-jury
Is this appeal from a pre-trial order? □ Yes □ No
Date judgment/appealable order signed _2/17/2015_
Date sentence imposed/suspended _____
or other filing that affects the time for perfecting appeal _____
Convicted offense(s) _____
Defendant's plea: □ Guilty □ Not Guilty □ Nolo contendere. Terms of plea bargain: _____
Punishment assessed _____
Does this appeal involve the validity of a statute, ordinance, or rule? □ Yes □ No If yes, identify _____

Judge(s) who tried the case _JUDGE MELISSA SKINNER_
If yes, identify order _____
Judge who signed the judgment/appealable order _____
Filing date of motion for new trial, arrest of judgment, _____
Date of offense _____

## REPORTER'S RECORD

Date requested: _____ Electronically recorded? □YES □NO
Length of trial or hearing in days: _____
Will there be an agreed record or an agreed statement of the case? □YES □NO
Court reporter's name: _____
   a. □ OFFICIAL or □ SUBSTITUTE
   b. Address and phone no.: _____
   c. If substitute, name of official court reporter for trial court: _____

## AFFIDAVIT OF INDIGENCE

Date filed: _____ Date contest filed, if any: _____
Date of order on contest, if any: _____
□ SUSTAINED □ OVERRULED □ NO RULING

## CERTIFICATE OF SERVICE

As attorney of record (or appellant pro se), I hereby certify that a copy of this docket sheet has been served by ~~first class~~ mail or by fax, prior to filing, to all other parties to the judgment or order ~~being appealed.~~

Date _30 JULY, 2015_ ~~Attorney of Record~~ (signature) _____
     APPELLANT